No. 990, Misc.   ALLEN v. RHAY, PENITENTIARY SUPERINTENDENT.   Supreme Court of Washington.   Certiorari denied.

No. 991, Misc.   DENTO v. URBANIAK ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 1002, Misc.   BAYLESS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1003, Misc.   ASHLEY v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1005, Misc.   MORICONI v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 1009, Misc.   PRICE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1012, Misc.   PENNSYLVANIA EX REL. HOUGH v. MARONEY, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.   *Marjorie Hanson Matson* for petitioner.

No. 1013, Misc.   WEY HIM FONG, ALIAS WAYNE FONG, v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.